1  **MICHAEL B. BIGELOW**
   **Attorney at Law**
2  State Bar No. 65211
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 443-0217
4
   Attorney for Defendant
5  James Hernandez

6              **IN THE UNITED STATES DISTRICT COURT**

7          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9  UNITED STATES OF AMERICA,    ) Case No. Cr.S-05-445 FCD
                                )
10         Plaintiff,           ) STIPULATION AND ORDER MODIFYING
                                ) STATUS CONFERENCE
11     vs.                      )
                                ) ORDER
12 JAMES HERNANDEZ              )
                                )
13                              ) Date: November 14, 2005
                                ) Time: 9:30 PM
                                ) Court: FCD
14 Defendant                    )
                                )
15 ─────────────────────────────

16     IT IS HEREBY STIPULATED AND AGREED by the parties through

17 their respective attorneys that the status conference and in the

18 above referenced matter, presently scheduled for Status

19 Conference on November 14, 2005, at 9:30 AM, shall be continued

20 to November 28, 2004 at 9:30 AM.

21     This rescheduling is necessary because counsel for Mr.

22 James Hernandez will not be available on November 14, 2000 and

23 Case Cr.S. 05-444 FCD, the case to which the above matter is

24 being related, is presently set for that date.

25

-1-

Discovery has not yet been accomplished, nor has investigation. Therefore, time should be excluded for attorney preparation and is authorized by 18 U.S.C. 3161 (H)(8)(ii) and Local Code T4. In addition, time should be excluded pursuant to and 18 U.S.C. 3161(H)(8)(B)(ii) and Local Code T2 for continuity of counsel.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 8th Day of November, at Sacramento, California.

/S/Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for Defendant

**IT IS SO STIPULATED**

/S/ Robert Twiss
Robert Twiss, Esq.,                    Dated: November 8, 2005
Assistant United States Attorney
Attorney for Plaintiff

**IT IS SO STIPULATED**

/S/Michael B. Bigelow                  Dated: November 8, 2005
Michael B. Bigelow
Attorney for Defendant

**ORDER**

**IT IS ORDERED** that pursuant to stipulation and for good cause shown the status conference in the above referenced matter presently set for November 14, 2005 at 9:30 AM is hereby vacated and reset for November 28, 2005 at 9:30 AM.

**IT IS FURTHER ORDERED** that time shall be excluded up to and including November 28, 2005 for attorney preparation and is authorized by 18 U.S.C. 3161 (H)(8)(ii) and Local Code T4. In addition, time shall be excluded pursuant to and 18 U.S.C. 3161(H)(8)(B)(ii) and Local Code T2 for continuity of counsel.

/s/Frank C. Damrell, Jr.
Hon. Frank C. Damrell, Jr.          DATED: November 9, 2005
Judge, U.S. District Court